UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY WADE,<br><br>Defendant. | Case No. 5:15-cr-00458-EJD-1<br><br>**ORDER DENYING REQUEST FOR HALFWAY HOUSE PLACEMENT; FULL RESIDENTIAL REENTRY CENTER PLACEMENT; AND REQUEST FOR COMPASSIONATE RELEASE** |

Re: Dkt. Nos. 193, 194, 195

Defendant Bobby Wade seeks an order from this Court recommending that he be placed in a halfway home, Dkt. No. 193, that he be recommended for residential reentry center placement, Dkt. No. 194, and that he be released pursuant to 18 U.S.C. § 3582, Dkt. No. 195. The Court **DENIES** these requests. First, Mr. Wade is set to be released to a halfway house in two days, on February 9, 2022. Second, the Court sees no reason to recommend a deviation from placement in a halfway house to placement in a residential reentry center. Finally, the Court has denied Mr. Wade's prior requests for compassionate release. The Court does not identify anything in Mr. Wade's most recent request for compassionate release that would alter the Court's prior rulings. *See* Dkt. Nos. 177, 186. Accordingly, the Court **DENIES** Mr. Wade's motions.

**IT IS SO ORDERED.**

Dated: February 7, 2022

EDWARD J. DAVILA
United States District Judge